# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

_____ **Division**

**In re**

                       **Case No.**

        **Debtor(s)**        **Chapter**

**To:**

## NOTICE OF FILING OF CLAIM BY DEBTOR OR TRUSTEE

Pursuant to Federal Rules of Bankruptcy Procedure 3004, you are hereby notified that a proof of claim in the amount of $_____ has been filed in your name by _____, on _____.

**CLERK, UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

**By** _____
**Deputy Clerk**

Date: _____

[ntcflclm ver. 08/07]